**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE LUIS MATA,**
               **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-449-Orl-18KRS**

**FLOOD DR., LLC,**
**ROBERTO SUPERTINO,**
               **Defendants.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment (Doc. 19).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Defendant Flood Dr. LLC is ordered to pay Plaintiff damages in the amount of $7,250.00,  attorney's fees in the amount of $2,150.00, and costs in the amount of $378.75.  The Clerk of the Court is to issue a judgment consistent with this ruling and CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 19th  day of November, 2007.

                                                            G. KENDALL SHARP
                                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge